# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the residence and devices located at<br>206 State Street, Cottonwood Falls, Kansas,<br>as further described in Attachment A | )<br>)<br>) Case No. 21-6141-GEB<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Kansas_____
*(identify the person or describe the property to be searched and give its location)*:

the residence and devices located at 206 State Street, Cottonwood Falls, KS, as described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____8/31/21____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____the Honorable Gwynne E. Birzer____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __17 Aug 21 @ 1:14pm__   __Gwynne E Birzer__
                                                *Judge's signature*

City and state:   Wichita, KS                   The Honorable Gwynne E. Birzer, US Magistrate Judge
                                                *Printed name and title*

93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 9E-KC-323/727 | Date and time warrant executed: 08/25/21 10:00 A.M. | Copy of warrant and inventory left with: ON COFFEE TABLE |
| Inventory made in the presence of : N/A | | |
| Inventory of the property taken and name of any person(s) seized: SEE ATTACHMENT. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/25/21

*Executing officer's signature*

ANDREW CAMPBELL, SA
*Printed name and title*

1. Ruger 9mm handgun with a magazine containing seven ammunition cartridges (Serial Number - 45575721)

2. 8 GB Sandisk SD card

3. 4 GB black TDX thumbdrive

4. 4 GB black TDX thumbdrive

5. Acer laptop (Serial Number - LUSFT02248100123400)

6. Silver Apple Macbook with power supply (Model - A1286, Serial Number - W893103JB20)

7. Spiral notebook

8. 64 GB Lexar thumbdrive

9. White Apple laptop with power supply (Serial Number - W87120GLWGP)

10. Silver Samsung laptop with power supply (Serial Number - 3VPB97AR4605810)

11. Lacie hard drive (Serial Number - 15661312025116QR)

12. Lacie hard drive with USB cord (Serial Number - NL3B70AG)

13. Two plastic tubs with mini DVs (#1-16 and #2-16)

14. Panasonic camera with SD card (Serial Number - 4Q4RA011152)

15. Hard drive enclosure (Serial Number - WXK1E72ELVS8)

16. Samsung video camera with cassette tape and power supply (Serial Number - 6VJWA06306W)

17. 63 GB Panasonic mini DV player and two cassette tapes

18. Notebook and book

19. Four cassette tapes

20. 10 CDs

21. Apple Macbook with power supply (Serial Number - C023WT04DTV3)

22. Collection of 18 DVs in a plastic tub, five DVs in a box, five mini DVs in a box, and 22 DVs in a flower box

23. Samsung mini DV camcorder with power supply (Model - SC-D372)

24. Legal documents

25. Apple Macbook (Serial Number - W8731551Z5Z)

26. Calvery external hard drive with power supply in a case (Serial Number - MH3RBUJK)

27. Lenovo laptop (Product ID - 0768DLU)

28. Bill of Rights book and miscellaneous papers

29. 61 mini DVs

30. Lacie hard drive (Serial Number - 13791111161784QR)

31. 3 mini DVs

32. Apple Macbook (Serial Number - W8952DR764B)

33. 32 GB blue PNY thumbdrive, 34 GB black Sandisk thumbdrive, 32 GB black Ultra thumbdrive, 32 GB purple Kingston DataTraveler 101G2 thumbdrive

34. Mini DV Sony disc